1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION

11  UNITED STATES OF AMERICA and        )
    KAREN STERLING, Revenue Officer,    )   NO. C-09-01692-MHP
12                                      )
            Petitioners,                )
13                                      )
        v.                              )   ORDER ENFORCING SUMMONS
14                                      )
    WALTER ULRICH,                      )
15                                      )
            Respondent.                 )
16  _____)

17      This case having come on for hearing on July 6, 2009 at 3:00 p.m., upon the return of an
18  Order to Show Cause heretofore issued by this Court, and the Court having considered the record
19  herein, including the Verified Petition To Enforce Internal Revenue Service Summons, it is
20  hereby:
21      ORDERED that respondent, Walter Ulrich, shall appear before Revenue Officer Karen
22  Sterling, or any other designated agent, on the __14th__ day of __September 2009__, at __10:00__ a.m.
23  at the Offices of the Internal Revenue Service located at 1301 Clay Street, 10th Floor, #1040S,
24  Oakland, California 94612, and then and there give testimony relating to the matters described in
25  the subject Internal Revenue Service summons, a copy of which is attached hereto as <u>Exhibit A</u>
26  and produce for the Revenue Officer's inspection and copying respondent's records also
27  described in the subject Internal Revenue Service summons.
28

    ORDERED this __6th__ day of __July__, at San Francisco, California.

                            _____
                            UNITED STATES DISTRICT JUDGE



# Summons

## Collection Information Statement

In the matter of  WALTER ULRICH/A & S LANDSCAPING, 5240 OMAR ST, FREMONT, CA 94538-2423
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 7 (27)
Periods:  Form 940 for the calendar period ending December 31, 2007; Form 941 for the quarterly periods ending December 31, 2006 and March 31, 2007 and Form CIVPEN for the fiscal period ending December 31, 2000

### The Commissioner of Internal Revenue

To:  WALTER ULRICH/A & S LANDSCAPING
At:  5240 OMAR ST, FREMONT, CA 94538-2423

You are hereby summoned and required to appear before KAREN STERLING, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2008  To 01/01/2009

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

1301 CLAY STREET, SUITE 1040S, OAKLAND, CA 94612  (510) 637-2640

Place and time for appearance: At  1301 CLAY STREET, SUITE 1040S, OAKLAND, CA 94612

**IRS**

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.4-2005)
Catalog Number 25000Q

on the 30th day of January, 2009 at 1:00 o'clock p m.

Issued under authority of the Internal Revenue Code this 15th day of January, 2009

KAREN STERLING                                   REVENUE OFFICER
Signature of issuing officer                     Title

_____        _____
Signature of approving officer *(if applicable)*              Title

Original -- to be kept by IRS