JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7017
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA and
KAREN STERLING, Revenue Officer
           Petitioners,

v.

WALTER ULRICH,

           Respondent.

NO. C-09-01692-MHP

STIPULATION TO CONTINUE
ORDER TO SHOW CAUSE RE:
CONTEMPT AND
[PROPOSED] ORDER THEREON

Respondent Walter Ulrich recently suffered a serious medical problem which necessitates he be allowed a reasonable period of time to recover his health without the additional stress of an appearance at a Court hearing. Accordingly, it is hereby stipulated by and between Petitioners and Respondent, Walter Ulrich, that the Order To Show Cause Re: Contempt Hearing scheduled for November 23, 2009, be continued to March 1, 2010 at 2:00 p.m., before United States District Court Judge Marilyn Patel, Courtroom No. 15, 18th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

/s/ Walter Ulrich
WALTER ULRICH
Respondent

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ THOMAS MOORE
THOMAS MOORE
Assistant United States Attorney
Chief, Tax Division
Attorneys for Petitioners

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/6/2009

UNITED STATES D...

IT IS SO ORDERED
/s/ Judge Marilyn H. Patel